UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   2:17–cv–04088–BRO–JEM                                  Date:  9/1/2017
Title:  ANDRES GOMEZ V. AL–MATT INCORPORATED ET AL

---

Present: The Honorable    **BEVERLY REID O'CONNELL**

Deputy Clerk:  Renee Fisher
Court Reporter/Recorder:  None
Tape No.: N/A

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

### ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

Plaintiff(s) have failed to file a proof of service within 90 days of the filing of the Complaint. Plaintiff(s) can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

Plaintiffs must respond to this order within 20 days. **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.

Initials of Deputy Clerk: jloz